EMILIO LAW GROUP, APC
LAURIE M. CORTEZ, SBN 289902
JUSTIN G. SCHMIDT, SBN 248872
12832 Valley View Street, Suite 106
Garden Grove, California 92845
Telephone: (714) 379-6239
Fax: (714) 379-5444

Attorney for Defendant
MOHAN MAKKAR,
SP STAR ENTERPRISE INC., dba
PLATINUM SHOWGIRLS LA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL ROLDAN, an individual, DEZUANEY MOORE, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PSLA LLC dba PLATINUM SHOWGIRLS LA, a California Limited Liability Corporation, MOHAN MAKKAR, an individual, DOE MANAGERS 1-3, and DOES 4-10, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-05638<br><br>**NOTICE OF STAY OF PROCEEDINGS AS TO SP STAR ENTERPRISE, INC. DBA PLATINUM SHOWGIRLS LA** |

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendant SP STAR ENTERPRISE, INC., DBA PLATINUM SHOWGIRLS LA has filed for Chapter 11 Bankruptcy in the US Bankruptcy Court, Central District of California, Los Angeles, a copy of which is attached to this Notice. Pursuant to 11 USC §362(a), an Automatic Stay of these proceedings as to SP Star Enterpise, Inc. dba Platinum Showgirls LA is in effect. (See Maritime Elec. Co., Inc v. United Jersey Bank (3rd Cir. 1991) 959 F2d 1194, 1206)

Dated: 8/19/22

_____
Laurie M. Cortez
Attorney for Defendants

- 1 -

United States Bankruptcy Court
Central District of California

## Notice of Bankruptcy Case Filing



FILED
08/18/2022
3:54 PM

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 08/18/2022 at 3:54 PM and filed on 08/18/2022.

**SP Star Enterprise, Inc.**
711 Ducommun St.
Los Angeles, CA 90012-3442
Tax ID / EIN: 86-1123790
*dba* **Platinum Showgirls LA**

The case was filed by the debtor's attorney:

**W. Derek May**
Law Office of W. Derek May
400 N. Mountain Ave., Suite 215B
Upland, CA 91786
909-920-0443

The case was assigned case number 2:22-bk-14502.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.cacb.uscourts.gov or at the Clerk's Office, 255 East Temple Street,, Los Angeles, CA 90012.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kathleen J. Campbell**
**Clerk, U.S. Bankruptcy Court**



| PACER Service Center |||| 
|---|---|---|---|
| **Transaction Receipt** ||||
| 08/18/2022 15:56:13 ||||
| **PACER Login:** | wdmlaw17 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 2:22-bk-14502 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

**Re:   ROLDAN V. PSLA, LLC DBA PLATINUM SHOWGIRLS LA, MOHAN MAKKAR**

I, the undersigned, say:  I am and was at all times herein mentioned, a citizen of the United States and employed in the County of Orange, over the age of eighteen years and not a party to the within action or proceeding; that my business address is EMILIO LAW GROUP, APC, 12832 Valley View Street, Suite 106, Garden Grove, CA 92845; and that on this date, I served the above document described as

**NOTICE OF STAY OF PROCEDINGS AS TO SP STAR ENTERPRISE, INC.**

on all other parties to this action by placing a true copy of the above document enclosed in a sealed envelope addressed as follows:

John P. Kristensen, Esq.
Jesenia A. Martinez
Kristensen LLP
12540 Beatrice St., Suite 200
Los Angeles, CA 90066
john@kristensenlaw.com
jesenia@kriesensenlaw.com

( x )   BY ELECTRONIC SERVICE AND EMAIL SERVICE – I caused each such document to be delivered electronically via the CM/ECF and PACER court filing system and through email to the recipients listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on this date at Garden Grove, California.
DATED:  8/19/22

_____
Laurie Cortez

- 2 -